**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-02271-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  March 12, 2007** | **Courtroom Deputy:** Ben Van Dyke |

INFORMATION NETWORK FOR RESPONSIBLE MINING, *et al.*,

    **Plaintiffs,**

v.

UNITED STATES DEPARTMENT OF ENERGY,

    **Defendant.**

Travis E. Stills, via telephone

Michael C. Johnson, via telephone

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      4:00 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:** Defendant's Motion for an "Open America" Stay [filed February 5, 2007; doc. 17] is held in abeyance pending a ruling on Plaintiffs' Motion for Summary Judgment.  Discovery shall remain stayed pending a ruling on Plaintiffs' Motion for Summary Judgment.

**ORDERED:** Defendant's Motion for an "Open America" Stay [filed January 31, 2007; doc. 12] is denied as moot.

HEARING CONCLUDED.

**Court in Recess:      4:14**
Total In-Court Time:      00:14