**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02271-REB-CBS

INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and
COLORADO ENVIRONMENTAL COALITION ("CEC"),

     Plaintiffs

v.

DEPARTMENT OF ENERGY,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matters before the court are **Defendant's Status Report** [#35], filed June 22, 2007, and **Plaintiffs' Status Report** [#36], filed June 27, 2007.  Defendant submits that is has now submitted its final administrative response to the FOIA request that is the subject of this action.  Plaintiff contends that the release is incomplete and requests a scheduling conference with the magistrate judge in order to set a supplemental summary judgment briefing schedule.

     In an effort to facilitate resolution of these issues in this case, the court will require that all issues that are ripe for summary judgment be presented in a single, cohesive brief.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Plaintiff's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(a)** [#9], filed January 11, 2007, is **DENIED WITHOUT PREJUDICE**; and

     2.  That the parties jointly **SHALL FILE** a proposed summary judgment briefing schedule no later than Friday, **July 27, 2007**.

Dated:  June 28, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.