**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02271-REB

INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and
COLORADO ENVIRONMENTAL COALITION ("CEC"),

    Plaintiffs

v.

DEPARTMENT OF ENERGY,

    Defendant.

---

### MINUTE ORDER[1]

    The matter is before the court *sua sponte*. On June 28, 2007, the court entered a **Minute Order** [#37], denying without prejudice **Plaintiff's Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56(a)** [#9], filed January 11, 2007. The court notes that the resolution of that motion also implicates various motions filed by defendant seeking a stay of the proceedings. Although these motions may well be moot at this juncture, because their resolution is inextricably tied to the motion for summary judgment, they should be denied without prejudice as well.

    **THEREFORE, IT IS ORDERED** that the following motions **ARE DENIED WITHOUT PREJUDICE:**

1. **Defendant's Motion for an "Open America" Stay** [#17], filed February 5, 2007;

2. **Defendant's Amended Motion for An "Open America" Stay** [#28], filed June 1, 2007;

3. **Defendant's Unopposed Motion to Withdraw Amended Motion for an "Open America" Stay, and Notice of Intent to Refile Amended Motion for an "Open America" Stay** [#30], filed June 5, 2007; and

4. **Defendant's Second Amended Motion for an "Open America" Stay** [#32], filed June 6, 2007.

Dated: July 18, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.