**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02271-REB

INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and
COLORADO ENVIRONMENTAL COALITION ("CEC"),

    Plaintiffs

v.

DEPARTMENT OF ENERGY,

    Defendant.

## SCHEDULING ORDER

As directed by the court, *see* [#37], the parties have submitted a proposed summary judgment briefing schedule. The court now approves, adopts, and orders the proposed schedule consistent with the orders below.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties shall file cross motions, if any, for summary judgment on all claims by **September 17, 2007**;

2. That a response brief shall be filed within 21 days of the filing of the relevant motion for summary judgment; and

3. That a reply brief, if any, may be filed within 21 days of the filing of the relevant response brief.

Dated August 17, 2007, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn
                                                  United States District Judge**