**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02271-REB-CBS

INFORMATION NETWORK FOR RESPONSIBLE MINING ("INFORM"), and
COLORADO ENVIRONMENTAL COALITION ("CEC"),

    Plaintiffs

v.

UNITED STATES DEPARTMENT OF ENERGY,

    Defendant.

**ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO FED.R.CIV.P. 59(e)**

**Blackburn, J.**

The matter before me is **Defendant's Motion Pursuant to Fed.R.Civ.P. 59(e)** [#66], filed April 4, 2008. I grant the motion.

Defendants maintain that I made in inaccurate finding of fact, based on a misstatement of fact in defendant's affidavit evidence, in my **Order on Cross-Motions for Summary Judgment** [#63], filed March 18, 2008. I overlooked defendant's attempt to correct the misstatement in its reply brief. This circumstance presents a proper ground for reconsideration. ***See Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) ("[A] motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law."). Based on this statement, I found, at page 8 of the order, that defendant's evidence "establishe[d] without question that both active and inactive computer files were searched initially. From that more global search, it was determined that only the 13 active files contained

potentially responsive documents." *Id.* at 8 (citations omitted). In actuality, documents responsive to plaintiffs' FOIA request were found in all 38 lease files, both active and inactive, and such were produced to plaintiffs. (Def. Motion App., Exh. 1 ¶ 3 at 2.)

Defendant has provided a supplemental affidavit affirming the true facts. Plaintiffs have filed no response to the motion, which I construe as a confession of the facts asserted therein. Granting the motion will work no substantive change in my prior decision.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Motion Pursuant to Fed.R.Civ.P. 59(e)** [#66], filed April 4, 2008, is **GRANTED**;

2. That my **Order on Cross-Motions for Summary Judgment** [#63], filed March 18, 2008, is **AMENDED** as set forth herein;

3. That the fourth sentence of the second paragraph on page 8 of the Order, which presently reads, "From that more global search, it was determined that only the 13 active files contained potentially responsive documents. (*Id.* ¶ 5 at 2.)," is **STRICKEN** and the following language shall be **SUBSTITUTED**: "From that more global search, it was determined that all 38 lease files contained potentially responsive documents. (*See* **Defendant's Motion Pursuant to Fed.R.Civ.P. 59(e)** App., Exh. 1 (Third Declaration of Sheila G. Dillard ¶ 3 at 2) [#66], filed April 4, 2008.);" and

4. That an amended order reflecting the above change **SHALL BE FILED** forthwith.

Dated April 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**